IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 MAY -9 PM 5: 09

ROBERT R. ⸱⸱ TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

Carstella Conner, as Administratrix of the
Estate of Cassoway Cotton, and on behalf
of the wrongful death beneficiaries of
Cassoway Cotton,

        Plaintiff,

v.                                No. 05-2043-B/V

Kindred Healthcare, Inc. Kindred Nursing
Centers Limited Partnership d/b/a Spring
Gate Rehabilitation and Healthcare Center;
Kindred Healthcare Services, Inc.; Kindred
Healthcare Operating, Inc., and Renee B.
Tutor, in her capacity as Administrator of
Spring Gate Rehabilitation and Healthcare
Center,

        Defendants.

---

## ORDER GRANTING DEFENDANTS' MOTION FOR PERMISSION TO FILE OUT OF TIME DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND

---

This matter came before the Court on Defendants' Motion for Permission to File Out of

Time Defendants' Response to Plaintiff's Motion to Remand.  The Court having considered

Defendants' Motion finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Defendants' Motion

for Permission to File Out of Time Defendants' Response to Plaintiff's Motion to Remand is

GRANTED.

**IT IS SO ORDERED** this __9__ day of May, 2005.  This document entered on the docket sheet in complianc
with Rule 58 and/or 79(a) FRCP on 5-11-05

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02043 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Jacob C. Parker
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Honorable J. Breen
US DISTRICT COURT