IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|   |   |
|---|---|
| Carstella Conner, as Administratrix of the Estate of Cassoway Cotton, and on behalf of the wrongful death beneficiaries of Cassoway Cotton,<br><br>Plaintiff,<br><br>v.<br><br>Kindred Healthcare, Inc.;<br>Kindred Nursing Centers Limited Partnership d/b/a Spring Gate Rehabilitation and Healthcare Center;<br>Kindred Healthcare Services, Inc.;<br>Kindred Healthcare Operating, Inc., and Renee B. Tutor, in her capacity as Administrator of Spring Gate Rehabilitation and Healthcare Center<br><br>Defendants. | No. 2:05-cv-02043-JDB-dkv<br>Jury Demanded |

## ORDER ON PLAINTIFF'S MOTION FOR STAY

This action came on hearing before the Court, Honorable J. Daniel Breen, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is Ordered and Adjudged:

Pursuant to 28 U.S.C. § 1447, Plaintiff timely filed a motion for remand of this action to state court. The motion to remand, as a preliminary challenge to the jurisdiction of this Court, must be considered prior to resolution of any pending motion requiring the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-11-05



exercise of subject matter jurisdiction. Thus, consideration of any other pending motion, including Defendants' *Motion to Dismiss or in the Alternative for Summary Judgment*, will be stayed pending a decision on the motion to remand.

Dated at Memphis, Tennessee this 9th day of May, 2005.

/s/ J. Daniel Breen
JUDGE J. DANIEL BREEN



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02043 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Jacob C. Parker
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Honorable J. Breen
US DISTRICT COURT